UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PIERCE,<br><br>      Plaintiff,<br><br>      v.<br><br>AIR SYSTEMS, INC.,<br><br>      Defendant. | Case No. 4:25-cv-10609-KAW<br><br>**ORDER DENYING MOTION TO REMAND; ORDER SETTING HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Re: Dkt. Nos. 11, 18 |

On January 6, 2026, Plaintiff filed a motion to remand. (Pl.'s Mot., Dkt No. 18.) On January 16, 2026, Defendant argued that Plaintiff conceded in other briefing that the CBA met the standards for the application of Labor Code § 514 exemption. (Def.'s Opp'n, Dkt. No. 21 at 9.) As a result, Defendant argues that federal jurisdiction is conferred by § 301 of the LMRA pursuant to *Curtis v. Irwin Industries, Inc.*, 913 F.3d 1146, 1154 (9th Cir. 2019). *Id.*

The Court agrees. Indeed, "post-*Curtis*, a majority of courts in this circuit have found that an affirmative defense of § 301 is sufficient to raise a federal question that can be removed even absent mention of a CBA or a concession from the plaintiff that the CBA applied to them." *Lainez v. Wilhelm, LLC*, No. 4:23-CV-04421-KAW, 2024 WL 4291857, at *4 (N.D. Cal. Sept. 25, 2024) (citing *Jimenez v. Young's Mkt. Co., LLC*, No. 21-CV-02410-EMC, 2021 WL 5999082, at *7 (N.D. Cal. Dec. 20, 2021) (collecting cases)).

Accordingly, Plaintiff's motion to remand (Dkt. No. 18) is DENIED without prejudice. The Court sets the hearing for the pending motion for judgment on the pleadings (Dkt. No. 11) for April 16, 2026 at 1:30 p.m., U.S. District Court, 1301 Clay Street, Oakland, California, Courtroom 4, 3rd Floor.

//

United States District Court
Northern District of California

Finally, Defendant is ordered to lodge a chambers copy of the notice of removal, with all exhibits tabbed, within 7 days of this order.

IT IS SO ORDERED.

Dated: February 23, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2