UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PIERCE,

Plaintiff,

v.

AIR SYSTEMS, INC.,

Defendant.

Case No. 4:25-cv-10609-KAW

**ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AS UNOPPOSED**

Re: Dkt. No. 52

On September 28, 2026, Defendant Air Systems, Inc. filed a motion for judgment on the pleadings, under Federal Rule of Civil Procedure 12(c), to dismiss the remaining eighth cause of action for failure to reimburse business expenses. (Def.'s Mot., Dkt. No. 52.)

On October 13, 2026, Plaintiff Michael Pierce filed a notice of non-opposition to the motion. (Pl.'s Resp., Dkt. No. 53.)

On October 13, 2026, Defendant filed a reply, in which it requested that the Court issue a substantive order finding that the eighth cause of action is subject to arbitration under the collective bargaining agreement and is preempted under Section 301 of the Labor Management Relations Act, despite the fact that the only parties to this action are Defendant and Plaintiff Michael Pierce. (Def.'s Reply, Dkt. No. 54 at 2.)

While the Court may be sympathetic, it is generally inappropriate to make a substantive ruling absent meaningful opposition to the arguments presented, so the Court declines to do so here. Moreover, the Court notes that Defendant could have made these arguments in connection with the earlier motion for judgment on the pleadings, and it would have received a ruling on the issues presented. (*See* Dkt. No. 12.) Instead, at that time, Defendant indicated that disposition of the eighth cause of action was more appropriate on summary judgment. (*See* Dkt. No. 12 at 21 n.

United States District Court
Northern District of California

2.)

Accordingly, the Court finds this matter suitable for resolution without oral argument pursuant to Civil Local Rule 7-1(b), and GRANTS Defendant's motion for judgment on the pleadings as unopposed and with prejudice.

Since no claims remain, the Court will enter judgment separately in favor of Defendant Air Systems, Inc. and instruct the Clerk to close the case.

IT IS SO ORDERED.

Dated: November 18, 2026

KANDIS A. WESTMORE
United States Magistrate Judge